1

2

3

4

5

6

7

8                                    IN THE UNITED STATES DISTRICT COURT

9                                FOR THE EASTERN DISTRICT OF CALIFORNIA

10    GONZALO GARIBAY,

11                 Petitioner,                         No. 2:11-cv-2165 KJN P

12          vs.

13    S.M. SALINAS,

14                 Respondent.                         ORDER

15    _____/

16          Petitioner, a state prisoner proceeding without counsel, has filed an application for

17    a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Petitioner has paid the filing fee.

18          Because petitioner may be entitled to the requested relief if the claimed violation

19    of constitutional rights is proved, respondents will be directed to file a response to petitioner's

20    application.

21          In accordance with the above, IT IS HEREBY ORDERED that:

22          1.  Respondents are directed to file a response to petitioner's application within

23    sixty days from the date of this order.  See Rule 4, Fed. R. Governing § 2254 Cases.  An answer

24    shall be accompanied by any and all transcripts or other documents relevant to the determination

25    of the issues presented in the application.  See Rule 5, Fed. R. Governing § 2254 Cases;

26    ////

                                                    1

1         2.  Petitioner's reply, if any, shall be filed and served within twenty-eight days of

2 service of an answer;

3         3.  If the response to petitioner's application is a motion, petitioner's opposition or

4 statement of non-opposition shall be filed and served within twenty-eight days of service of the

5 motion, and respondents' reply, if any, shall be filed within fourteen days thereafter; and

6         4.  The Clerk of the Court shall serve a copy of this order, the consent/

7 reassignment form contemplated by Appendix A(k) to the Local Rules of this court, and a copy

8 of the petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 on Michael Patrick Farrell,

9 Senior Assistant Attorney General.

10 DATED:  August 24, 2011

11

12

13 KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

14 gari2165.100fee

15

16

17

18

19

20

21

22

23

24

25

26